## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Myesha T. McGee,

                    Plaintiff,         Case No. 24-cv-11569

v.                               Judith E. Levy
                                   United States District Judge

RPI Management, Inc.,

                               Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [2] AND DIRECTING PLAINTIFF TO SUBMIT A REVISED APPLICATION

On June 14, 2024, *pro se* Plaintiff Myesha T. McGee filed the complaint in this matter against Defendant RPI Management, Inc. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis. (ECF No. 2.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). "Inadequate completion of an application to proceed *in forma pauperis* has been found to be

grounds for denial of that application in the Eastern District of Michigan." *Brown v. Berryhill,* No. 17-11577, 2017 WL 2471279, at *2 (E.D. Mich. June 8, 2017).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete and provides the full name of her daughter without listing whether she is 18 years old or older. Plaintiff does not provide gross pay or wages and take-home pay or wages. (ECF No. 2, PageID.19.) Plaintiff does not fully answer question 3. (*Id.*) In question 7, Plaintiff did not provide the "[n]ames (or, if under 18, *initials only*) of all persons who are dependent on [her] for support, [her] relationship with each person, and how much [she] contribute[s] to their support." (ECF No. 2, PageID.20 (emphasis added)). It is unclear if Plaintiff's daughter is under 18 years of age. Plaintiff does not provide the dollar amount of contribution for each dependent. (*Id.*) Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is stricken. If Plaintiff wishes to renew her request to proceed without prepaying the fees or costs for this litigation, she must submit a revised Application to Proceed in District Court Without Prepaying Fees

or Costs by **March 12, 2025.** In her submission, Plaintiff must (1) answer each of the questions that appear in the application and (2) identify the initials only of the people under 18 years old who are dependent on her for support. If Plaintiff does not comply with this order, the case may be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.

IT IS SO ORDERED.

Dated: February 19, 2025          s/Judith E. Levy
     Ann Arbor, Michigan          JUDITH E. LEVY
                                 United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 19, 2025.

                             s/William Barkholz
                             WILLIAM BARKHOLZ
                             Case Manager